**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0 SBA |
| Plaintiff, | **ORDER CONTINUING SENTENCING FOR DEFENDANT TAN TRINH** |
| v. | |
| ALEXANDER RHEE, DOUNG LE, TAN TRINH, | |
| Defendants. | |

Pursuant to the stipulation submitted to the Court on November 30, 2009, the Court hereby FINDS that pursuant to 18 U.S.C. Section 3161(h)(7)(A), (B)(iv) the time period from November 30, 2009 to **December 18, 2009, at 10:00 a.m.** shall be excluded under the Speedy Trial Act for effective preparation and continuity of counsel. The parties have stated there was a scheduling conflict as to Defendant Trinh's counsel with the previously scheduled date of November 18, 2009.

IT IS HEREBY ORDERED THAT the hearing for Defendant Trinh's sentencing is scheduled for **December 8, 2009 at 10:00 a.m.**

IT IS SO ORDERED.

DATED:12/3/09

*Saundra B Armstrong*

HON. SAUNDRA BROWN ARMSTRONG

United States District Judge